**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 96-2409**

---

MORRIS WILSON CRABTREE,

Plaintiff - Appellant,

versus

BHK OF AMERICA,

Defendant - Appellee.

---

Appeal from the United States District Court for the Western District of Virginia, at Danville.  Jackson L. Kiser, Chief District Judge.  (CA-95-45-D)

---

Submitted:  December 31, 1996          Decided:  January 23, 1997

---

Before MURNAGHAN and MICHAEL, Circuit Judges, and PHILLIPS, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Morris Wilson Crabtree, Appellant Pro Se.  Robert Hugh Morrison, WILLIAM M. BENNETT, JR. & ASSOCIATES, Halifax, Virginia, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Morris Wilson Crabtree appeals the district court's order granting summary judgment to Defendant in this employment discrimination action. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Crabtree v. BHK of America</u>, No. CA-95-45-D (W.D. Va. Sept. 17, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>